IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VICKY YOUNG                                                                                              PLAINTIFF

v.                                          Case No. 4:20-cv-4098

SCI TEXAS FUNERAL SERVICES, LLC
d/b/a EAST FUNERAL HOME; CEMETERY
SERVICES, INC.; and JOHN DOE                                                            DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation for Dismissal. ECF No. 28. The parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against the Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge